JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARK DAVIS JULIAN, | No. ED CV 13-01264-DOC (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| BRENDA M. CASH, et al., | |
| Respondents. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 18, 2014

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE